**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1112

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

OFFICER WATSON; OFFICER COOK; CHRISTINE
DUFFANY,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CA-97-1335-1)

Submitted:  April 10, 2001        Decided:  May 8, 2001

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur O. Armstrong, Appellant Pro Se.  Richard Thompson Wright, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur O. Armstrong appeals the district court's order denying post-judgment motions. We have reviewed the record and the district court order and find the action frivolous. Accordingly, we affirm on the reasoning of the district court. See <u>Armstrong v. Watson</u>, No. CA-97-1335-1 (M.D.N.C. filed Dec. 13, 2000; entered Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>